## DAVIS v. STATE.
### No. 16573.

Court of Criminal Appeals of Texas.
March 28, 1934.

G. H. Crane, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of property under the value of $50, the punishment being thirty days' imprisonment in the county jail.

The record is here without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.